UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JAMES DONALD VANCE, JR.,
  a/k/a "Diaperjdv",                **INDICTMENT**

      Defendant.
_____/

The Grand Jury charges:

## COUNT 1
**(Threat to Kill and Injure the President and Vice President of the United States)**

On or about April 1, 2025, in the Western District of Michigan, Southern Division, the defendant,

JAMES DONALD VANCE, JR.,
a/k/a "Diaperjdv",

knowingly and willfully made a threat to take the life of, and to inflict bodily harm upon, the President and Vice President of the United States, in that he posted the following statements on the social media service Bluesky using the alias "Diaperjdv":

> "If tRump, Vance, or Musk ever come to my city again, they will leave it in a body bag. I will either be shot by a secret service sniper or spend the rest of my life in prison. I've only got about 10 years of life left anyway so I don't fucking care either way."

**18 U.S.C. § 871**

## COUNT 2
### (Interstate Threatening Communication)

On or about April 1, 2025, in the Western District of Michigan, Southern Division, the defendant,

JAMES DONALD VANCE, JR.,
a/k/a "Diaperjdv",

knowingly transmitted in interstate commerce a communication containing a threat to injure the person of another.  Specifically, JAMES DONALD VANCE, JR., consciously disregarding a substantial risk that his communication would be viewed as threatening violence against other persons, posted the following statements on the social media service Bluesky using the alias "Diaperjdv":

> "If tRump, Vance, or Musk ever come to my city again, they will leave it in a body bag. I will either be shot by a secret service sniper or spend the rest of my life in prison. I've only got about 10 years of life left anyway so I don't fucking care either way."

**18 U.S.C. § 875(c)**

## COUNT 3
### (Interstate Threatening Communication)

On or about March 7, 2025, in the Western District of Michigan, Southern Division, the defendant,

JAMES DONALD VANCE, JR.,
a/k/a "Diaperjdv",

knowingly transmitted in interstate commerce a communication containing a threat to injure the person of another. Specifically, JAMES DONALD VANCE, JR., consciously disregarding a substantial risk that his communication would be viewed as threatening violence against another person, posted the following statement on the social media service Bluesky using the alias "Diaperjdv" in response to another user's post entitled "Donald Trump Jr. Considering a Run for President in 2028":

> "I will murder that stupid fucker before he gets secret service protection."

**18 U.S.C. § 875(c)**

A TRUE BILL

[ /s/ Redacted ]
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
Acting United States Attorney

_/s/_
CHRISTOPHER M. O'CONNOR
Assistant United States Attorney