UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                             Case No. 1:25-CR-88

v.                                           Hon. Paul L. Maloney
                                               U.S. District Judge

JAMES DONALD VANCE, JR.,

                                               **GOVERNMENT'S INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT**

    Defendant.

_____/

## I.    DISCOVERY

A.    Statements of Defendants

    1.    Oral Statements [Rule 16(a)(1)(A)]

☐    There are no written records of oral statements or other oral statements as defined in Rule 16(a)(1)(A).
☒    There are the following records of oral statements:

- U.S. Secret Service summary of interview on May 8, 2025
- U.S. Secret Service summary of interview on December 11, 2018

the substance of which
☐ has been disclosed to defense counsel
☒ will be disclosed to defense counsel within 7 days of arraignment

    2.    Written or Recorded Statements [Rule 16(a)(1)(B)]

☒    There are no written or recorded statements or grand jury testimony of defendant.
☐    There are the following written or recorded statements or grand jury testimony:

All written or recorded statements
☐ have been disclosed to defense counsel
☐ will be disclosed to defense counsel

B.    Defendant's Prior Record [Rule 16(a)(1)(D)]

☐    The government has made due inquiry and is not aware of any prior criminal records.
☐    The government has disclosed defendant's prior criminal history.
☒    The government is now making inquiry into defendant's prior criminal history. The results will be disclosed to defense counsel upon receipt.

C.    Documents and Tangible Objects [Rule 16(a)(1)(E)]

☐    The government has no documents, tangible objects, or physical evidence required to be disclosed.
☒    The government has the following documents, tangible objects, and physical evidence:
    ☐ Controlled Substances:
    ☐ Drug Paraphernalia:
    ☐ Records:
    ☐ Drug Records:
    ☐ Firearms:
    ☐ Inventory (attached)
    ☒ Other: Social media posts in February, March, and April 2025

☐    The government voluntarily notifies the defendant of the following search warrants issued and the warrant returns:
    ☐ State –
    ☐ Federal –
☐    Defense counsel should make arrangements with

D.    Reports of Examinations and Tests [Rule 16(a)(1)(F)]

☒    The government has no reports of examinations or tests required to be disclosed by Rule 16.
☐    The government has or expects to have reports of the following examinations and tests:

    ☐ Drug Analysis     ☐ Handwriting     ☐ Fingerprints
    ☐ DNA     ☐ Firearms/Nexus     ☐ Gun Operability
    ☐ Computer Forensics     ☐ Other:

E.    Reciprocal Discovery

☒    The government seeks reciprocal discovery.

F.    Notice Under FRE 404(b)

☐    The government does not presently intend to introduce 404(b) evidence.
☒    The government does presently intend to introduce the following 404(b) evidence:
- 12/10/2018 threat to POTUS posted on internet and interview by U.S. Secret Service regarding same.

☐    The government will provide pretrial notice of 404(b) evidence

G.  Other Discovery Matters:

**II. TRIAL**

A.  The government requests a ☒ jury ☐ non-jury trial.
B.  Length of trial excluding jury selection is estimated at one day

**III. MISCELLANEOUS**

☐ This case may be appropriate for expedited resolution.
☒ The government is unaware at this time of any known conflict with defendant's representation by counsel. The United States will immediately advise counsel if any such conflict becomes known.
☐ The government is aware of the following potential conflict(s):
☒ Government's plea negotiation policy: The government will not move for a Guideline reduction for timely acceptance of responsibility if a guilty plea is entered less than two weeks before the final pretrial conference.

Date: June 12, 2025  /s/ *Christopher M. O'Connor*
Assistant United States Attorney