## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. James Donald Vance, Jr. | Mag. Judge: Phillip J. Green |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:25-cr-00088-PLM-1 | 7/24/2025 | 1:00 PM - 1:30 PM | Grand Rapids | |

**APPEARANCES:**

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Christopher M. O'Connor | Helen C. Nieuwenhuis | FPD Appointment |

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Indictment, Counts 1-3 | Read __<br>Reading Waived ✓ |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ First Appearance<br>__ Arraignment:<br>  __ mute   __ nolo contendre<br>  __ not guilty   __ guilty<br>__ Initial Pretrial Conference<br>__ Detention   (waived __)<br>__ Preliminary   (waived __)<br>__ Rule 5 Proceeding<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>✓ Change of Plea<br>__ Sentencing<br>__ Other: _____ | __ Defendant's Rights<br>__ Waiver of _____<br>✓ Consent to Mag. Judge for Plea<br>__ Other: _____<br><br>Court to Issue:<br>✓ Report & Recommendation<br>__ Order of Detention<br>__ Order to file IPTC Statements<br>__ Bindover Order<br>__ Order Appointing Counsel<br>__ Other: _____ | Guilty Plea to Count(s) 1-3<br>of the Indictment<br>Count(s) to be dismissed at sentencing:<br>_____<br>Presentence Report:<br>  ✓ Ordered   __ Waived<br>__ Plea Accepted by the Court<br>✓ No Written Plea Agreement<br><br>**EXPEDITED RESOLUTION**<br>__ Case appears appropriate for expedited resolution |

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| | Imprisonment: _____<br>Probation: _____<br>Supervised Release: _____<br>Fine: $ _____<br>Restitution: $ _____<br>Special Assessment: $ _____<br>Plea Agreement Accepted:   __Yes   __No<br>Defendant informed of right to appeal:   __Yes   __No<br>Counsel informed of obligation to file appeal:  __Yes   __No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Continued on Bond | $ _____ |

**CASE TO BE:** Referred to District Judge  **TYPE OF HEARING:** Sentencing

**Reporter/Recorder:** Digitally Recorded  **Courtroom Deputy:** J. Wright