# Attachment 1

*Letter from Mr. Vance*

To: Honorable Paul L Maloney
137 Federal Bldg
410 W Michigan Ave
Kalamazoo, MI 49007

From: James D Vance Jr

Re: Case Number 1:25-cr-00088PLM

Your Honor,

I, James Donald Vance Jr., freely admit to my guilt without coercion and take full responsibility for my actions. Further, as some criminals like to blame the Judge, Jury, prosecutor, etc. for their convictions (because they can't take responsibility for themselves), I will not hold any malice toward anyone for my actions except myself. I deserve any punishment that you see fit to impose and I will serve that sentence.

However, Your Honor, I am asking for mercy from the court. I'm a 67 year old man who hasn't had a serious criminal record before now. Additionally, me and my father had a lot of the same health conditions. Past tense because my father died in 2009. He had COPD, I have COPD. He had diabetes, I have diabetes. He had congestive heart failure, I have heart disease. He had cirrhosis of the liver, I have chronic kidney disease. My father was a chronic alcoholic and that's why I don't drink alcohol. My father died at age 77 and I honestly don't expect to live much longer than that. My father was also a mean and sadistic individual which might be where I get my anger issues from.

Your Honor, I live on Social Security and I have a Section 8 voucher which keeps me off the streets. If you were to sentence me to prison, or a camp, or jail, I would lose my Section 8 voucher and upon release, would be homeless. My home is no castle but it's home and I am content with it. I only get $1056 a month from Social Security to live off of every month.

Sir, I don't use any illegal drugs, or drink alcohol. In fact, I take prescription drugs that I don't even like taking. They are all non narcotic. Your Honor, I'm begging you, please continue my probation as a sentence. I'm not a flight risk. I have fully cooperated with law enforcement and my probation officer since this all started. I'm truly sorry for the things I wrote concerning the President. I'm even praying for him now. Yes, believe it or not, I am a Christian.

In closing, Sir, **I want to promise you the US district attorney, my court appointed attorney, and Almighty God that I will NEVER, EVER do something this stupid again.**

Thank you for reading my letter, Sir, and may God Bless You and yours.