# Attachment 2

*Letter from Sean Thayer*

FROM THE DESK OF

# Sean Thayer

October 25, 2025

Helen Nieuwnhuis
First Public Defender
50 Louis, NW, Suite 300
Grand Rapids, MI 49503

To Helen Nieuwenhuis,

I am writing this to refer to James Donald Vance in regards to his character.

I am Sean Thayer, the head instructor at Shorin-Ryu Karate School LLC in Grand Rapids, Michigan. Although I've only been training with James for about three months, I've noticed a remarkable commitment and transformation in his dedication to personal growth and character development.

He first came to the martial arts studio in 2022, but remained a student for only a short time for reasons unknown to me. He returned in September 2025 with a newfound interest and focus. Since his return, his overall approach to learning has been centered on self-improvement, not just physically but also mentally and character-wise. He has been helpful around the dojo and always arrives early, training 2-3 times per week.

James was upfront with me about his upcoming court date and the reasons behind it. He struggles with anger and finding healthy ways to manage it. Unfortunately, he often directs this anger inward. We're working together to develop better strategies for channeling and forgiving himself. In my opinion, there are more effective solutions for James than incarceration.

Sincerely yours,

/S/

Sean Thayer