## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. James Donald Vance, Jr. | | | | DISTRICT JUDGE: Paul L. Maloney |
|---|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:25-cr-88 | 11/17/2025 | 2:32 p.m. - 3:28 p.m. | Kalamazoo | |

### APPEARANCES

| Government: Christopher M. O'Connor | Defendant: Helen C. Nieuwenhuis and Jasna Tosic | Counsel Designation: FPD Appointment |
|---|---|---|

### TYPE OF HEARING
- [ ] Arraignment:
    - [ ] mute   [ ] nolo contendre
    - [ ] not guilty   [ ] guilty
- [ ] Final Pretrial Conference
- [ ] Detention   (waived __ )
- [ ] Motion Hearing
- [ ] Revocation/SRV/PV
- [ ] Bond Violation
- [ ] Change of Plea
- [✓] Sentencing
- [ ] Trial
- [ ] Other: ___

### DOCUMENTS
- [ ] Defendant's Rights
- [ ] Waiver of Indictment
- [ ] Other: ___

Court to Issue:
- [ ] Order of Detention
- [ ] Notice of Sentencing
- [ ] Order Appointing Counsel
- [ ] Other: ___

### CHANGE OF PLEA
Charging Document:
  [ ] Read   [ ] Reading Waived

Guilty Plea to Count(s) ___
of the ___

Count(s) to be dismissed at sentencing: ___

- [ ] Presentence Report Ordered
- [ ] Presentence Report Waived
- [ ] Plea Accepted by the Court
- [ ] Plea Taken under Advisement
- [ ] No Written Plea Agreement

### SENTENCING

Imprisonment: Cts. 1, 2, 3: 24 months, concurrent
Probation: n/a
Supervised Release: Cts. 1, 2, 3: 3 years, concurrent
Fine: $ 0.00
Restitution: $ 0.00
Special Assessment: $ 300.00

Plea Agreement Accepted:  [ ] Yes  [ ] No
Defendant informed of right to appeal:  [✓] Yes  [ ] No
Counsel informed of obligation to file appeal:  [✓] Yes  [ ] No

Conviction Information:
  Date: 7/24/2025
  By: Plea
  As to Count (s): 1, 2, & 3 of the Indictment

**ADDITIONAL INFORMATION:**

| **CUSTODY/RELEASE STATUS** | **BOND AMOUNT AND TYPE** |
|---|---|
| Self-Surrender as notified by US Marshal/BOP | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:**  Lauret Henry | **Case Manager:**  A. Redmond |