PS 8 WD/MI  
(Rev. 10/19)

# UNITED STATES DISTRICT COURT

for

Western District of Michigan

U.S.A. vs.    James Donald Vance Jr.         Docket No.    0646 1:25CR00088-001

**Petition for Action on Conditions of Pretrial Release**

COMES NOW    Benjamin R. Schultz    , pretrial services/probation officer, presenting an official report upon the conduct of defendant    James Donald Vance Jr.    , who was placed under pretrial release supervision by the Honorable    Maarten Vermaat    , sitting in the court at    Grand Rapids, Michigan    on the    11th    date of    June    ,    2025    under the following Additional Conditions of Release:

1. Pretrial supervision
3. Travel restricted to the Western District of Michigan
4. Submit to drug testing and treatment as directed
5. Mental health assessment and follow up treatment as required
6. Not use or possess any alcohol
7. Weapons restrictions
15. No contact with victim, witness, or co-defendant
16. Reside at Alternative Directions, Grand Rapids, Michigan (AD)
20. The defendant shall participate in the Computer/Internet Monitoring Program and shall comply with the rules of the program as directed by the U.S. Probation Office.  The defendant shall pay a portion of the cost of computer monitoring as directed by the probation officer.  The defendant is not to have access to any social media platform;

    The defendant shall surrender his firearm to a law enforcement agency if he has no other person willing to store his firearm.  The defendant shall reside at Alternative Directions until his firearm(s) is removed from his home.  He is not to have access to his apartment without his supervising officer confirming the firearm(s) is removed from the home.  He may return home when the supervising officer confirms the firearm(s) is removed. (Condition added on June 12, 2025, to reflect the Court's orders at the initial appearance).

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant was before U.S. District Judge Paul L. Maloney on December 2, 2025, for sentencing after pleading guilty to one count of Threat to Kill and Injure the President and Vice President and two counts of Interstate Threatening Communication.  Mr. Vance was sentenced to 24 months imprisonment on each count, all counts two run concurrent, followed by 3 years supervised released on each count, all such terms to run concurrently.  Mr. Vance is presently on bond pending self-surrender and is awaiting designation to a BOP facility.

On July 30, 2025, Pretrial Services submitted a Notice of Bond Violation alleging the defendant violated his conditions of bond by accessing the social media site, DiaperMates Adult Baby Diaper Lover (ABDL) Personals.

PS 8 WD/MI
(Rev. 10/19)

Pretrial Services did not ask for Court action and none was taken.

On January 5, 2026, Pretrial Services reviewed computer monitoring data from Mr. Vance's court-ordered monitored phone. Monitoring data reflected on January 4, 2026, the defendant accessed the website, Sissykiss.com, which is website dedicated to the LGBTQ+ community. A review of the monitoring data showed users posting pictures, which would allow the defendant to comment on their pictures. Further investigation found the website offered dating services, community forums, and an active chat feature for community engagement, which would constitute a social media platform for which Mr. Vance's conditions specifically prohibit him to access. It did not appear the defendant was actively participating in chats with other users.

Additionally, computer monitoring data reflects Mr. Vance was searching for diaper related images on a Russian based image search website. Monitoring software flagged images of children in diapers. Monitoring data further revealed the defendant viewed these images and continued to use the site before he attempted to clear his web browsing history, which is in violation of his computer monitoring agreement. Pretrial Services conferred with the WD/MI U.S. Probation Officer (USPO) Cybercrime Specialist and the Assistant U.S. Attorney, both of whom agreed the images did not meet the legal definition for child sexually abusive material but appeared to be sexual in nature. It was further discovered the specific website Mr. Vance was frequenting is known for hosting child sexual abusive material. This is not a violation of the defendant's bond; however, Pretrial Services wanted the Court to be aware of the conduct.

On January 5, 2026, Pretrial Services spoke with Mr. Vance who denied accessing any social networking websites. When informed Sissykiss.com would allow users to comment on other user's pictures, he then acknowledged this was a social media site. Additionally, Mr. Vance agreed he was previously instructed not to attempt to clear his web browsing history but did so to prevent the speed of his cell phone from slowing.

Based on the above listed information, Pretrial Services believes Mr. Vance violated his bond by accessing a social media website and violating the terms of his computer monitoring agreement by clearing his web browsing history. Pretrial Services is recommending a summons be issued for the defendant to be brought before the Court to answer why his bond should not be revoked.

PRAYING THAT THE COURT WILL ORDER

Schedule a hearing for Mr. Vance to be brought before the Court to answer why his bond should not be revoked pending his self-surrender to the BOP.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1/6/2026

/s/ Benjamin R. Schultz
U.S. Pretrial Services/Probation Officer

Place          Grand Rapids, Michigan

PS 8 WD/MI
(Rev. 10/19)

## Court Order

☐ No Action

☐ The Court finds there is probable cause to believe the Defendant has violated the conditions of his release and orders the issuance of a warrant for his arrest.

☒ Summons to Appear and Show Cause

☐ Modification of the Bond and/or the Conditions of release as requested.

☐ Other

Considered and ordered this 7th day of January, 2026 and ordered filed and made a part of the records in the above case.

/s/ Paul L. Maloney
U.S. District Judge/Magistrate Judge

3